## INGRAM *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 98, September Term, 1959.]

*Decided April 18, 1960.*

˙Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT and HORNEY, JJ.

PER CURIAM.

This is the second application of Thomas Richard Ingram
for relief under the Post Conviction Procedure Act from judg-
ment and sentence of eight years for attempt to commit statu-
tory burglary, to which he pleaded guilty in 1956 in the
Criminal Court of Baltimore.

The applicant shows no grounds for relief that could not
reasonably have been raised in his first application for relief
under the Act, as Code (1959 Supp.), Art. 27, Sec. 645H
requires if a second application is to be entertained. Judge
Warnken so found in his full and sound opinion below, and
the application for leave to appeal is denied for the reasons
set forth in that opinion.

*Application denied.*